UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRA POKROVSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | Case No. 2:20-cv-03831-JMA-AYS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for plaintiff Kira Pokrovksi ("Plaintiff") and counsel for Defendant Santander Consumer USA Inc. ("SC"), that all individual claims of Plaintiff in this action, including all claims asserted in Plaintiff's Amended Complaint, are dismissed with prejudice as to all parties, with all parties to bear their own fees and costs. The Parties stipulate that any claims of absent putative class members asserted against SC are dismissed without prejudice. This action should be marked closed.

| | |
|---|---|
| **BURSOR & FISHER, PA.**<br><br>By: */s/ Max S. Roberts*<br>Joshua D. Arisohn<br>*jarisohn@bursor.com*<br>Max S. Roberts<br>*mroberts@bursor.com*<br>888 Seventh Avenue, Third Floor<br>New York, NY 10019<br>Telephone: 646-837-7150<br>Facsimile: (212) 989-9163<br><br>*Attorneys for Plaintiff*<br><br>Dated: May 18, 2021 | **MCGUIREWOODS LLP**<br><br>By: */s/ Benjamin J. Sitter*<br>K. Issac DeVyver (admitted *pro hac vice*)<br>*kdevyver@mcguirewoods.com*<br>Benjamin J. Sitter (admitted *pro hac vice*)<br>*bsitter@mcguirewoods.com*<br>Tower Two-sixty 260 Forbes Avenue,<br>Suite 1800<br>Pittsburgh, PA 15222<br>412-607-6000<br><br>Lindsay Brandt Jakubowitz, Esq.<br>*ljakubowitz@mcguirewoods.com*<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020 |

(212) 548-2100

*Counsel for Defendant Santander Consumer USA Inc*

Dated: May 18, 2021

**SO ORDERED**

__/s/Diane Gujarati_____   Dated: __May 18,_____, 2021
Hon. Diane Gujarati, U.S.D.J.